JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. ROY CARTER,<br><br>               Plaintiff,<br><br>   v.<br><br>ICE MANAGEMENT SERVICES, INC. et al.,<br><br>              Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. CV 10-1187 DSF (OPx)<br><br>JUDGMENT |

     The Court having ordered new counsel for the qui tam plaintiff to appear no later than May 19, 2014 and no new counsel having appeared as of this date,

     IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed without prejudice for lack of prosecution.

Dated: 1/5/15

                                      DALE S. FISCHER
                                   United States District Judge